UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORENZO GUARINO,
    Plaintiff

V.                              CIVIL NO. 04-10246

R.W. GRANGER & SONS, INC.,
    Defendant

### Plaintiff's Certification Pursuant to LR 16.4

    I, Lorenzo Guarino, do hereby state that on June 7, 2004, I and my Attorney, Frank C. Corso, have discussed the costs associated with litigating and conducting a trial in my case against R.W. Granger, Inc. We also discussed options to trial, including mediation and arbitration. I am open to alternative means of resolution for my case if the Defendant consents to an alternative disposition.

Dated: June 9, 2004

_____                            _____
Lorenzo Guarino, Plaintiff                           Frank C. Corso, Attorney for
                                                                         Plaintiff

*FILED IN CLERK'S OFFICE*
*2004 JUN 15 P 2: 39*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

Law Office of
Frank C. Corso
15 Court Square
Boston, MA 02108
(617) 227 - 0011
(617) 723 - 2032