UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORENZO GUARINO,<br>　　Plaintiff, | *<br>*<br>* | |
| v. | * | Civil Action No. 04-10246-JLT |
| | * | |
| R.W. GRANGER & SONS, INC.,<br>　　Defendant. | *<br>* | |

<u>ORDER</u>

June 22, 2004

TAURO, J.

　　After the Conference on June 22, 2004, the court hereby orders that:

1.　Defendant has to fully comply with this Rule 26 Discovery Order by July 6, 2004;

2.　Plaintiff may depose the following individuals: (1) Lorenzo Guarino, (2) Charles Fathallah, (3) Cherry Guarino, (4) Carolyn Guarino, and (5) Plaintiff's Foreman at Fenestration Glass Co.;

3.　Defendant may depose Lorenzo Guarino;

4.　The abovementioned depositions must be completed by December 31, 2004; and

5.　A Further Conference will be held on January 5, 2004 at 11:00 a.m.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/S/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　United States District Judge