UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORENZO GUARINO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-10246-JLT |
| v. | * | |
| | * | |
| | * | |
| R.W. GRANGER & SONS, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

January 6, 2005

TAURO, J.

After the Further Conference held on January 5, 2005, this court hereby orders that:

1. The Parties may depose (1) the designees of the two entities to be added, (2) Alvin Dupont, and (3) Kenneth Gelanis by May 31, 2005;

2. No additional discovery will be permitted without leave of this court; and

3. A Further Conference is scheduled for June 7, 2005 at 11:00 a.m.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge