UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORENZO GUARINO,<br><br>      Plaintiff,<br><br>v.<br><br>R.W. GRANGER & SONS, INC.,<br><br>      Defendant. | *<br>*<br>*<br>*  Civil Action No. 04-10246-JLT<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER

June 16, 2005

TAURO, J.

After the Further Conference held on June 16, 2005, this court hereby orders that:

1. As stated in open court, Defendant's motion to join Schavone C & M Construction Company as a third-party defendant is allowed;

2. Plaintiff shall file any claims against Schavone C & M Construction Company by June 30, 2005;

3. A Further Conference is scheduled for August 30, 2005 at 11:00 a.m.; and

4. Defendant shall notify Schavone C & M Construction Company of the abovementioned Further Conference.

IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro
                                                United States District Judge