AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Lorenzo Guarino v. R.W. Granger & Sons, Inc.

V. Scavone C&M Construction Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04 - 10246 JLT

TO: (Name and address of Defendant)

Dominic Scavone, President
Scavone C&M Construction Co., Inc.
51 Lacombre Street
Marlboro, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank C. Corso, Esquire
Law Office of Frank C. Corso
15 Court Square, Suite 240
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY A_____    February 5, 2004
CLERK                       DATE

_Kimberly M. Abaid_
(By) DEPUTY CLERK

JULY 20, 2005

# QUICKSERV
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day SERVED the within named*   DOMINIC SCAVONE, PRESIDENT
SCAVONE C&M CONSTRUCTION CO.

*by delivering to*   THIS IS A COMMERCIAL LOCATION. SPOKE WITH BUILDING MANAGEMENT AND SEVERAL TENANTS; THIS COMPANY IS NOT KNOWN. NO LISTING WITH TELEPHONE INFORMATION. PLEASE ADVISE.

*in hand, or*
*leaving at last and usual place of abode, to wit:*

No.   51 LACOMBRE STREET
*in the*   MARLBORO   *District of said*   MIDDLESEX   *County an attested*
*copy of the SUMMONS, PLAINTIFF'S FIRST AMENDED COMPLAINT, AND CLAIM TO TRIAL BY JURY*

Service and travel      28

*it being necessary I actually used a motor vehicle in the distance of*
30   *miles in the service of this process*

Joseph Fallon
Process Server