UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORENZO GUARINO | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10246-JLT |
| | * | |
| R.W. GRANGER & SONS, INC., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

October 5, 2005

TAURO, J.

After a conference on October 5, 2005, this court hereby orders that:

1. Defendants may depose (1) Keeper of Records of Plaintiff's Workers' Compensation Provider; and (2) Keeper of Records of Hermitage;

2. All depositions must be completed prior to the Further Conference scheduled for January 10, 2006, at 10:30 a.m.;

3. The Parties will submit all expert disclosure by April 28, 2006; and

4. No additional discovery will be permitted without leave of this court.

IT IS SO ORDERED.

                    /s/ Joseph L. Tauro
                    United States District Judge