United States District Court
District of Massachusetts

CIVIL ACTION NO.: 04-10246

```
_____x
LORENZO GUARINO,
     Plaintiff

vs.

R.W. GRANGER & SONS, INC. &
SCAVONE C&M CONSTRUCTION CO., INC.,
     Defendants
_____x
```

### PLAINTIFF'S APPLICATION FOR DEFAULT AGAINST SCAVONE C&M CONSTRUCTION CO., INC PURSUANT TO RULE 55(a)

To the Clerk of the above-named Court:

I, Frank C. Corso, attorney for the above-named plaintiff, Lorenzo Guarino, under oath and the penalties of perjury, state that:

1. The complaint in which a judgment for affirmative relief is sought against the defendant, R.W. Granger & Sons, Inc. was originally filed on or about February 5, 2004. The complaint was amended on or about July 18, 2005 to add defendant Scavone C&M Construction Co., Inc.

2. The summons and a copy of the complaint were served on the defendants on or about February 9, 2004 and July 20, 2005, as shown by the returns of service.

3. The time within which the defendant Scavone was required to serve a responsive pleading or otherwise defend pursuant to Rule 12(a) or any extension thereof agreed by the parties has expired.

4. The defendant has failed to serve or file a responsive pleading or otherwise defend as to the Complaint.

5. The defendant Scavone is a corporation and, to the best of my knowledge, is not an infant or incompetent, nor in

Law Office of
Frank C. Corso
15 Court Square
Boston, MA
02108
617-227-0011-ph
617-723-2032-fax

the armed services as defined by the Soldiers' and Sailors' Relief Act of 1940.

Wherefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff makes this application that the defendant be defaulted.

Lorenzo Guarino
By its Attorney,

_____
Frank C. Corso, Esq.
Law Office of Frank C. Corso
BBO # 545552
15 Court Square, Suite 240
Boston, MA 02108
(617) 227-0011

Law Office of
Frank C. Corso
15 Court Square
Boston, MA
02108
617-227-0011-ph
617-723-2032-fax

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

**SUMMONS IN A CIVIL CASE**

Lorenzo Guarino v. R.W. Granger & Sons, Inc.

V. Scavone C&M Construction Co., Inc.

CASE NUMBER:

## 04-10246JLT

TO: (Name and address of Defendant)

Dominic Scavone, President
Scavone C&M Construction Co., Inc.
51 Lacombe Street
Marlboro, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank C. Corso, Esquire
Law Office of Frank C. Corso
15 Court Square, Suite 240
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    TONY A...    DATE  February 5, 2004

(By) DEPUTY CLERK

JULY 20, 2005

# QUICKSERV
### ALLSTATE PROCESS SERVERS

### RETURN OF SERVICE

*I this day SERVED the within named*   DOMINIC SCAVONE, PRESIDENT
SCAVONE C&M CONSTRUCTION CO.

*by delivering to*   THIS IS A COMMERCIAL LOCATION. SPOKE WITH BUILDING MANAGEMENT AND SEVERAL TENANTS; THIS COMPANY IS NOT KNOWN. NO LISTING WITH TELEPHONE INFORMATION. PLEASE ADVISE.

*in hand, or*
*leaving at last and usual place of abode, to wit:*

No.   51 LACOMBRE STREET
*in the*  MARLBORO   *District of said*  MIDDLESEX   *County an attested copy of the* SUMMONS, PLAINTIFF'S FIRST AMENDED COMPLAINT, AND CLAIM TO TRIAL BY JURY

*Service and travel*   28

*it being necessary I actually used a motor vehicle in the distance of*
30   *miles in the service of this process*

Joseph Fallon
Process Server