UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORENZO GUARINO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 04-10246-JLT |
| R.W. GRANGER & SONS, INC., and SCAVONE C&M CONSTRUCTION CO., INC., | * | |
| Defendants. | * | |
| R.W. GRANGER & SONS, INC., | * | |
| Third Party Plaintiff, | * | |
| v. | * | |
| SCAVONE C&M CONSTRUCTION CO., INC., | * | |
| Third Party Defendant. | * | |

ORDER

January 25, 2006

TAURO, J.

After a conference held on January 25, 2006, this court hereby orders that:

1. Defendant R.W. Granger & Sons, Inc. is granted an extension of time to serve its Third Party Complaint;

2. No further continuances will be allowed; and

3. The Parties are to appear for Trial beginning on May 15, 2006 at 10:00 a.m.

IT IS SO ORDERED.

                                                          /s/ Joseph L. Tauro
                                            United States District Judge