UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10246

| | |
|---|---|
| LORENZO GUARINO,<br>Plaintiff<br><br>v.<br><br>R.W. GRANGER AND SONS, INC. &<br>SCAVONE C&M CONSTRUCTION CO., INC.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that counsel for the Defendant, Scavone C&M Construction Co., Inc., Mark B. Lavoie and John J. Conforti, hereby provide notice to all parties that effective June 2, 2006, their address will change to the following:

McDonough, Hacking & Lavoie, LLC
One Washington Mall
Boston, MA 02108.

Kindly correct the service list to reflect this change and forward all future pleadings and correspondence to this address above.

Please note that the telephone number and fax number will remain the same.

By its attorneys,

Mark B. Lavoie, BBO# 553204
John J. Conforti, BBO# 657694
McDonough, Hacking& Lavoie, LLC
One Washington Mall
Boston, MA 02108
617-367-0808

**CERTIFICATE OF SERVICE**
I hereby certify that I served a copy of the foregoing pleading on all parties by electronic service, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: 6/14/06  HED