UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10246

| | |
|---|---|
| LORENZO GUARINO,<br>          Plaintiff<br><br>v.<br><br>R.W. GRANGER AND SONS, INC. &<br>SCAVONE C&M CONSTRUCTION CO., INC.,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE DEFENDANT'S, SCAVONE C&M CONSTRUCTION CO., INC.,
LIST OF INDIVIDUALS TO BE DEPOSED**

The Defendant, Scavone C&M Construction Co., Inc. ("Scavone"), hereby provides this list of individuals it would like to depose, pursuant to and in accordance with the Court's Discovery Order of June 23, 2006, reserving the right to supplement and amend, as follows:

1. Lorenzo Guarino, 80 Dewey Avenue, Pawtucket, RI 02861;

2. Ernest O'Brien, 20 Woodland Drive, Westminster, MA 01473;

3. Alvin DuPont, 754 Sodom Road, Westport, MA 02790;

4. Robert LaPierre, 41 Boston Turnpike, Shrewsbury, MA 01545;

5. Steven Campbell, 41 Boston Turnpike, Shrewsbury, MA 01545;

6. Luann Scott, 41 Boston Turnpike, Shrewsbury, MA 01545;

8. Melissa Hicks, 5 Eastern Avenue, East Providence, RI 02914;

9. Ken Gelinas, 5 Eastern Avenue, East Providence, RI 02914.

10. Designated Representative of BOC Gas;

11. Designated Representative of the Town of Marion.

Scavone reserves the right to further supplement and amend this list.

>Respectfully submitted,
>The Defendant,
>Scavone C&M Construction Co., Inc.,
>By its attorneys,
>
>*[signature]*
>
>Mark B. Lavoie, BBO# 553204
>Christopher W. Costello BBO# 645936
>McDonough, Hacking & Lavoie, LLC
>One Washington Mall
>Boston, MA 02108
>(617) 367-0808

Dated: June 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties by electronic service, to all counsel of record.

Signed under the pains and penalties of perjury.

DATED: July 10, 2006

*[signature]*