UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORENZO GUARINO,<br>        Plaintiff<br>v.<br><br>R.W. GRANGER AND SONS, INC.<br>        Defendant/<br>        Third-Party Plaintiff<br>v.<br><br>SCAVONE C&M CONSTRUCTION CO., INC.,<br>And FENESTRATION ARCHITECTURAL<br>PRODUCTS, INC.,<br>        Third-Party Defendants | CIVIL ACTION NO: 04-10246 |

**THE DEFENDANT'S, SCAVONE C&M CONSTRUCTION CO., INC.,
CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

The Defendant, Scavone C&M Construction Co. ("Scavone"), Inc., hereby certifies, through undersigned counsel, that it has conferred with all parties with respect to Scavone's Motion to Compel Production of Documents from the Plaintiff, Motion to Compel Documents from the Defendant, R.W. Granger and Sons, Inc. and Motion to Compel Expert Disclosures and has attempted in good faith to resolve or narrow the issues in these Motions.

Respectfully submitted,

The Defendant,
Scavone C&M Construction Co., Inc.
By its Attorneys,

_____
Mark B. Lavoie, BBO #553204
McDonough, Hacking & Lavoie, LLC
One Washington Mall
Boston, MA 02108
(617) 367-0808

**CERTIFICATE OF SERVICE**
I hereby certify that I served a copy of the foregoing pleading on all parties by electronic service, to all counsel of record.
Signed under the pains and penalties of perjury.
DATED: July 10, 2006