UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____x
LORENZO GUARINO,
    Plaintiff,

v.

                                    CIVIL ACTION NO. 04-10246

R. W. GRANGER & SONS, INC. et al
    Defendants
_____x

### PLAINTIFF'S LIST OF PROPOSED DEPONENTS

Now comes the plaintiff, Lorenzo Guarino, and requests permission to depose the following individuals:

1. Domenic Scavone: Mr. Scavone is a recently added defendant. Permission to conduct his deposition was previously granted, however, the deposition did not go forward.

2. Abdel Elsawabi. Mr. Elsawabi is the president of Fenistration Architectual Products, Inc., an additional recently added defendant.

3. Melissa Hicks. Ms Hicks is or was an employee of Fenistration who was acting as the project manager at the time of the plaintiff's injury. Prior to the plaintiff's accident, Ms. Hicks sent a letter to the defendant Granger addressing unacceptable site conditions.

                                                 RESPECTFULLY SUBMITTED,
                                                 PLAINTIFF,
                                                 BY HIS/HER ATTORNEY


                                                 _____
                                                 FRANK C. CORSO
                                                 LAW OFFICE OF FRANK C. CORSO
                                                 492 WINTHROP STREET
                                                 REHOBOTH, MA 02769
                                                 TEL: (508) 336-9992
                                                 FAX: (508) 336-0992
                                                 B.B.O.:   545552