UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lorenzo Guarino,<br>　　　Plaintiff<br><br>v.<br><br>R.W. Granger & Sons, Inc.<br>　　　Defendant/Third Party Plaintiff<br><br>v.<br><br>Scavone C&M Construction Co., Inc. and<br>Fenestration Architectural Products, Inc.<br>　　　Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 04-CV-10246 JLT |

**THIRD PARTY DEFENDANT FENESTRATION ARCHITECTURAL PRODUCTS, INC.'S LIST OF INDIVIDUALS TO BE DEPOSED**

Now comes the Third Party Defendant Fenestration Architectural Products, Inc., and hereby provides this list of individuals it would like to depose, pursuant to and in accordance with the Court's Discovery Order of June 23, 2006, reserving the right to supplement and amend, as follows:

1. Lorenzo Guarino, 80 Dewey Avenue, Pawtucket, RI 02861.

2. Abdel Elsawabi, President of Fenestration Architectural Products, 5 Eastern Avenue, East Providence, RI 02914.

3. Melissa Hicks, Fenestration Architectural Products, 5 Eastern Avenue, East Providence, RI 02914.

4. Ken Gelinas, Fenestration Architectural Products, 5 Eastern Avenue, East Providence, RI 02914.

5. Ernest O'Brien, 20 Woodland Drive, Westminster, MA 01473.

6. Alvin DuPont, 754 Sodom Road, Westport, MA 02790.

7.  Robert LaPierre, 41 Boston Turnpike, Shrewsbury, MA 01545.

8.  Steven Campbell, 41 Boston Turnpike, Shrewsbury, MA 01545.

9.  Luann Scott, 41 Boston Turnpike, Shrewsbury, MA 01545.

10. Keith Cabral, address unknown.

11. Designated Representative of BOC Gas.

12. Designated Representative of Town of Marion.

13. Designated Representative of R.W. Granger and Sons, Inc.

14. Designated Representative of Scavone C&M Construction Co., Inc.

The Third Party Defendant reserves the right to seasonably supplement this Witness List prior to Trial.

Respectfully submitted,

Fenestration Architectural Products, Inc.,
By its attorney,

/s/ William A. Bolton
William A. Bolton, Esquire
BBO# 048760
Law Offices of Patricia C. Fraizer
10 Post Office Square, Suite 1155
Boston, MA 02109
(617) 556-0200

2

**CERTIFICATION**

   I hereby certify that on  13th  day of  July   , 2006 a copy of the foregoing motion was sent by first-class mail and electronic filing to the following counsel of record.

| | |
|---|---|
| Frank C. Corso, Esquire | Patrick M. McCormack, Esquire |
| Law Office of Frank C. Corso | Law Offices of Jacqueline L. Allen |
| 15 Court Square, Suite 240 | 262 Washington Street, Suite 601 |
| Boston, MA 02108 | Boston, MA 02108 |

Mark B. Lavoie, Esquire
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108

                /s/ William A. Bolton
                William A. Bolton