UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORENZO GUARINO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10246-JLT |
| | * | |
| R.W. GRANGER & SONS, INC., and SCAVONE C&M CONSTRUCTION CO., INC., | * * * | |
| | * | |
| Defendants. | * | |
| | * | |
| R.W. GRANGER & SONS, INC., | * | |
| | * | |
| Third Party Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| SCAVONE C&M CONSTRUCTION CO., INC. and FENESTRATION ARCHITECTURAL PRODUCTS, INC., | * * * | |
| | * | |
| Third Party Defendants. | * | |
| | * | |

## ORDER

July 13, 2006

TAURO, J.

After a conference held on July 13, 2006, this court hereby orders that:

1.  The parties shall complete all discovery by March 30, 2007; and

2.  A Final Pretrial Conference is scheduled for April 10, 2007 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge