UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lorenzo Guarino,<br>    Plaintiff<br><br>v.<br><br>R.W. Granger & Sons, Inc.<br>    Defendant/Third Party Plaintiff<br><br>v.<br><br>Scavone C&M Construction Co., Inc. and<br>Fenestration Architectural Products, Inc.<br>    Third Party Defendants | )<br>)<br>)  CIVIL ACTION NO. 04-CV-10246 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CHANGE OF FIRM NAME

Please note the change of firm name of counsel for Third Party Defendant Fenestration Architectural Products, Inc.

**Law Offices of Patricia C. Fraizer**
10 Post Office Square, Suite 1155
Boston, MA 02109
(617) 556-0200
Fax: (617) 482-2643

Respectfully submitted,

Fenestration Architectural Products, Inc.,
By its attorney,

/s/ William A. Bolton
William A. Bolton, Esquire
BBO# 048760
Law Office of Pamela Storm
10 Post Office Square, Suite 1155
Boston, MA 02109
(617) 556-0200

## **CERTIFICATION**

I hereby certify that on  25th  day of   July   , 2006 a copy of the foregoing motion was sent by first-class mail and electronic filing to the following counsel of record.

Frank C. Corso, Esquire  
Law Office of Frank C. Corso  
15 Court Square, Suite 240  
Boston, MA 02108

Patrick M. McCormack, Esquire  
Law Offices of Jacqueline L. Allen  
262 Washington Street, Suite 601  
Boston, MA 02108

Mark B. Lavoie, Esquire  
McDonough, Hacking & Lavoie, LLP  
6 Beacon Street, Suite 815  
Boston, MA 02108

/s/ William A. Bolton  
William A. Bolton