UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORENZO GUARINO,<br>    Plaintiff<br><br>V.<br><br>R.W. GRANGER & SONS, INC.,<br>    Defendant/<br>    Third Party Plaintiff<br><br>V.<br><br>SCAVONE C & M<br>CONSTRUCTION CO., INC.,<br>    Third Party Defendant | CIVIL NO. 04-10246 |

**NOTICE OF CHANGE OF ADDRESS**

Effective October 23, 2006, please note change of address of counsel for the Defendant, R.W. Granger & Sons, Inc. in the above-captioned matter.

Law Offices of Jacqueline L. Allen
One Liberty Square, 12th Floor
Boston, MA 02109

By its attorney,

/s/ Patrick M. McCormack
Patrick M. McCormack
B.B.O. No. 546194
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4614

## CERTIFICATE OF SERVICE

I, Patrick M. McCormack, attorney for the Defendant, R.W. Granger & Sons, Inc., in the above-entitled action, hereby certify that on the     day of October, 2005, I mailed a copy of the within Notice of deposition, postage prepaid, to:

| | |
|---|---|
| Frank C. Corso, Esquire<br>15 Court Square Suite 240<br>Boston, MA 02108 | William A. Bolton, Esquire<br>Law Offices of Patricia C. Fraizer<br>10 Post Office Square, Suite 1155<br>Boston, MA  02109 |
| Mark B. Lavoie, Esquire<br>McDonough, Hacking & Lavoie, LLC<br>One Washington Mall<br>Boston, MA  02108 | |

/s/ Patrick M. McCormack
Patrick M. McCormack
B.B.O. No.  546194
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4614