UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORENZO GUARINO,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| R.W. GRANGER & SONS, INC.,<br>    Defendant/Third Party<br>    Plaintiff | ) C.A. NO.: 04-10246<br>)<br>)<br>) |
| v. | )<br>) |
| SCAVONE C & M<br>CONSTRUCTION CO., INC., and<br>FENESTRATION ARCHITECTURAL<br>PRODUCTS, INC.,<br>    Third Party Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Kindly enter the appearance of Robert H. Gaynor of Sloane and Walsh on behalf of the Third Party Defendant, Fenestration Architectural Products, Inc., in the above referenced matter.

/s/Robert H. Gaynor
Robert H. Gaynor
BBO # 187620
SLOANE AND WALSH
Three Center Plaza
Boston, MA 02108
(617) 523-6010

## **CERTIFICATE OF SERVICE**

I, Robert H. Gaynor, attorney for the Third Party Defendant, Fenestration Architectural Products, Inc., do hereby certify that I caused the preceding document to be served electronically on this day to the following counsel of record:

Frank C. Corso, Esq.
492 Winthrop Street
Rehoboth, MA 02769

Patrick McCormack, Esq.
Law Office of Jacqueline Allen
One Liberty Square 12th Floor
Boston, MA 02109

Mark LaVoie, Esq.
McDonough, Hacking & Lavoie, LLC
One Washington Mall
Boston, MA 02108

/s/Robert H. Gaynor

Case 1:04-cv-10246-JLT    Document 49    Filed 03/09/2007    Page 3 of 3