UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lorenzo Guarino,<br>    Plaintiff<br><br>v.<br><br>R.W. Granger & Sons, Inc.<br>    Defendant/Third Party Plaintiff<br><br>v.<br><br>Scavone C&M Construction Co., Inc. and<br>Fenestration Architectural Products, Inc.<br>    Third Party Defendants | CIVIL ACTION NO. 04-CV-10246 JLT |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw my appearance as attorney for Third Party Defendant, Fenestration Architectural Products, Inc., in the above-entitled case. An Appearance of my successor counsel, Robert H. Gaynor, was filed with the Court on March 9, 2007. No motions are now pending before the court and proof of service all other parties of said withdrawal are set forth below.

Respectfully submitted,

Fenestration Architectural Products, Inc.,
By its attorney,

/s/ William A. Bolton
William A. Bolton, Esquire
BBO# 048760
Law Offices of Patricia C. Fraizer
10 Post Office Square, Suite 1155
Boston, MA 02109
(617) 556-0200

## **CERTIFICATION**

      I hereby certify that on  12th  day of   March  , 2007 a copy of the foregoing motion was sent by first-class mail and electronic filing to the following counsel of record.

| | |
|---|---|
| Frank C. Corso, Esquire<br>Law Office of Frank C. Corso<br>15 Court Square, Suite 240<br>Boston, MA 02108 | Patrick M. McCormack, Esquire<br>Law Offices of Jacqueline L. Allen<br>262 Washington Street, Suite 601<br>Boston, MA 02108 |
| Mark B. Lavoie, Esquire<br>McDonough, Hacking & Lavoie, LLP<br>6 Beacon Street, Suite 815<br>Boston, MA 02108 | Robert H. Gaynor, Esquire<br>Sloane and Walsh<br>Three Center Plaza<br>Boston, MA 02108 |

                                                      /s/ William A. Bolton
                                                    William A. Bolton