UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORENZO GUARINO,                          *
                                          *
            Plaintiff,                    *
                                          *
      v.                                  *      Civil Action No. 04-10246-JLT
                                          *
R.W. GRANGER & SONS, INC., and            *
SCAVONE C&M CONSTRUCTION                   *
CO., INC.,                                *
                                          *
            Defendants.                   *
                                          *
R.W. GRANGER & SONS, INC.,                *
                                          *
            Third Party Plaintiff,        *
                                          *
      v.                                  *
                                          *
SCAVONE C&M CONSTRUCTION                   *
CO., INC. and FENESTRATION                *
ARCHITECTURAL PRODUCTS, INC.,             *
                                          *
            Third Party Defendants.       *
                                          *

<u>ORDER</u>

July 13, 2006

TAURO, J.

      After a conference held on July 13, 2006, this court hereby orders that:

      1.    The parties shall complete all discovery by March 30, 2007; and

      2.    A Final Pretrial Conference is scheduled for April 10, 2007 at 10:00 a.m.

      IT IS SO ORDERED.


                                  ____/s/ Joseph L. Tauro____
                                  United States District Judge