## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**LORENZO GUARINO,**
    **Plaintiff,**

    **V**                      **CA 04-10246-JLT**

**R.W. GRANGER & SONS, INC.,**
**ET AL,**
   **Defendants.**

### SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

The court having been advised on May 17, 2007 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **60** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                Zita Lovett
                                                /s/
                                                **Zita Lovett**
                                                **Deputy Clerk**

**May 18, 2007**